## UNITED STATES DISTRICT COURT

### District of Minnesota

Abdiqadir Mohamed Abdullahi,

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-272 JMB/DTS

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Andrew Larson,

Respondents.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Abdiqadir A. from custody immediately, and in any event on or before 5:00 p.m. CT on January 16, 2026.

2. On or before 11:00 a.m. CT on January 20, 2026, Respondents shall provide the Court with a status update affirming that Petitioner was released from custody in accordance with this Order.

3. Abdiqadir A. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Date: 1/17/2026

KATE M. FOGARTY, CLERK